AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America  
v.  
FRANCISCO CEBALLOS  

Case No: 8:02CR312  
USM No: 18039-047  

Date of Original Judgment: 02/10/2004  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*  

Karen Shanahan  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:  
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  168 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/10/2004  shall remain in effect.  
**IT IS SO ORDERED**.

Order Date: 05/20/2015

*Judge's signature*

Effective Date: 11/02/2015  
*(if different from order date)*

Joseph F. Bataillon  
*Printed name and title*

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: FRANCISCO CEBALLOS
CASE NUMBER: 8:02CR312
DISTRICT: District of Nebraska

**I.  COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 35 | Amended Total Offense Level: 33 | |
| Criminal History Category: III | Criminal History Category: III | |
| Previous Guideline Range: 210 to 262 months | Amended Guideline Range: 168 to 210 months | |

**II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III.  ADDITIONAL COMMENTS**

Sentenced reduced pursuant to joint stipulation of the parties, Filing No. 236. The defendant's sentence is reduced by 42 months.